381 A.2d 901

Commonwealth v. Washington, Appellant.

Argued September 14, 1977. R. Sanders, with him Robert B. Mozenter, for appellant; William E. Nugent, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

381 A.2d 902

Commonwealth v. Witman, Appellant.

Argued September 14, 1977. Joseph P. Alexa, for appellant; J. Michael Eakin, Assistant District Attorney, with him Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The finding of guilt is affirmed. Judgment of sentence is vacated insofar as it requires restitution. The balance of the judgment of sentence is affirmed.